UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Troy Mike Payton,                                    File No. 26-cv-1721 (ECT/DTS)

      Petitioner,

v.                                                                      **ORDER**

State of Minnesota,

      Respondent.

---

Magistrate Judge David T. Schultz issued a Report and Recommendation on March 6, 2026.  ECF No. 5.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.[1]  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1.      The Report and Recommendation [ECF No. 5] is **ACCEPTED**.

2.      Petitioner Troy Mike Payton's Defense Motion for Habeas Corpus Pursuant to 28 U.S.C. § 2241 et seq. [ECF No. 1] is **DENIED**.

3.      This action is **DISMISSED WITHOUT PREJUDICE**.

---

[1]      The Clerk's Office twice mailed the Report and Recommendation to Mr. Payton at the Sherburne County Jail.  The second time, it was returned with a note indicating that Mr. Payton was "Released from Custody/No Longer at Facility."  *See* Dkt.  The Report and Recommendation was not re-sent because no forwarding address was available.  It is Mr. Payton's responsibility to monitor the docket and proceedings in this case that he initiated.  *Heiderscheid v. Dakota Cnty. Sheriff's Off.*, No. 18-cv-1180 (JNE/LIB), 2020 WL 5106816, at *1 n.1 (D. Minn. Aug. 31, 2020).  Mr. Payton has had nearly two months since the Report and Recommendation was issued to contact the Court about the status of his case.  He has failed to do so.  For these reasons, Mr. Payton's possible lack of knowledge regarding the case's status is his responsibility and gives no reason to delay consideration or acceptance of the Report and Recommendation.

4.      Payton's Motion Requesting to Proceed In Forma Pauperis Pursuant to 28

U.S.C. § 1915 [ECF No. 2] is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  April 30, 2026                              s/ Eric C. Tostrud
                                                    Eric C. Tostrud
                                                    United States District Court